IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUICREDIT CORP. OF MARYLAND | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-02-CV-834 |
| DAVID EUGENE BROWN, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiffs EquiCredit Corporation of America and NationsCredit Financial Services Corporation, Defendant DHC Title Company, Inc. ("DHC"), and Defendant Chicago Title Insurance Company ("Chicago Title"), by undersigned counsel, hereby stipulate that Defendants DHC and Chicago Title shall have until, and including, Friday, May 31, 2002, to file their respective responses to "Plaintiff's Motion for Partial Summary Judgment as to Defendant DHC Title Company, Inc.'s Liability for Negligent Hiring, Retention, Supervision and Training (Count V), DHC Title Company, Inc.'s Liability for Breach of the Closing Letter Contract (Count VII) and as to Defendant Chicago Title Insurance Company's Liability for Breach of the Closing Protection Letter (Count XVIII)" in the above-captioned action.

**SO ORDERED**: _____   4/22/02
Judge Catherine C. Blake                          Date
United States District Court Judge

_____  
Bryan M. Tillman (Bar No. 26453)  
*William M. Rudow, L.L.C.*  
5603 Newbury Street  
Baltimore, Maryland 21209  
Tel.: (410) 542-6000  
Fax: (410) 542-9500  
*Counsel for Plaintiffs*

_____  
James M. Connolly (Bar No. 23872)  
*KRAMER & CONNOLLY*  
500 Redland Court, Suite 211  
Owings Mills, Maryland 21117  
Tel.: (410) 581-0070  
Fax: (410) 581-1524  
*Counsel for Defendant DHC Title Company*

_____  
Thomas F. McDonough  
*Royston, Mueller, McLean & Reid, LLP*  
102 W. Pennsylvania Avenue, Suite 600  
Towson, Maryland 21204-4510  
Tel.: (410) 823-1800  
Fax: (410) 828-7859  
*Counsel for Chicago Title Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2002, a copy of the foregoing was mailed first class, postage prepaid, to:

William Rudow, Esquire  
Bryan M. Tillman, Esquire  
William M. Rudow, LLC  
5603 Newbury Street  
Baltimore, Maryland 21209  
*Counsel for Plaintiff*

David Applefeld, Esquire  
Adelberg, Rudow, Dorf & Hendler  
600 Mercantile Bank & Trust Building  
2 Hopkins Plaza  
Baltimore, Maryland 21201-2927  
*Counsel for Plaintiff*

A. Donald C. Discepolo, Esquire  
28 Allegheny Avenue  
Suite 510  
Towson, Maryland 21204-3911  
*Counsel for David Brown*

Thomas F. McDonough, Esquire  
Royston, Mueller, McLean & Reid, LLP  
102 W. Pennsylvania Avenue  
Suite 600  
Towson, Maryland 21204-4510  
*Counsel for Chicago Title Insurance Company*

Mr. William Gower
Gower Real Estate Company, Inc.
9332 Annapolis Road
Lanham, Maryland 20706

Reginald D. Greene
15109 Dunleigh Drive
Bowie, Maryland 20721

Ms. Teresa Park
406 Twisted Stalk Drive
Gaithersburg, Maryland 20878

Service is no longer made to the following person(s) because, according to the U.S. Postal Service, no such address exists, no forwarding address exists, or no such person resides at the address:

Provident Funding Group
c/o Scot David Shumway
9126 Roundleaf Way
Gaithersburg, Maryland 20879

Mr. Chester Tapp
E.E. Woodard, Inc.
11610 Forest Green Lane
Fort Washington, Maryland 20744

Mr. Derron Tapp
c/o Provident Funding Group
9320 Annapolis Road
Lanham, Maryland 20706

Mr. Lennox Samuel Westney
13601 Creekside Drive
Silver Spring, Maryland 20904

_____
James M. Connolly

12-68.stipulationforextensionoftime.wpd